UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM NICHOLS, | ) | CASE NO. ED CV 08-897-SVW (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     April 13, 2011    .

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Nichols.Jmt.wpd